# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

May 4, 2009

## LETTER ORDER

Re:     **Christine Hanna v. Magdy M. Nakhla, et al.**
         **Civil Action No. 07-4362 (PGS)**

Dear Counsel:

Please be advised that a Telephone Status Conference has been scheduled for **June 15, 2009 at 10:30 AM**.   Counsel for the Defendant is to initiate the conference call.  **Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.**

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**

cc:     Clerk
         Hon. Peter G. Sheridan, U.S.D.J.
         File